# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 19, 2017

## NO. 03-16-00248-CV

**Jose A. Soliz, Appellant**

**v.**

**Home Depot, USA, Inc., Appellee**

### APPEAL FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
### AFFIRMED—OPINION BY JUSTICE PEMBERTON

This is an appeal from the judgment signed by the district court on March 9, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.